UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 DEC 28  PM 4: 49

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE PEDRO DELGADO,<br><br>Defendant. | CASE NO. 2:22 CR 248<br><br>JUDGE  JUDGE MORRISON<br><br>**INFORMATION**<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>

On or about August 11, 2022, in the Southern District of Ohio, the defendant, **JOSE PEDRO DELGADO,** did knowingly, intentionally, and unlawfully distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).

**KENNETH L. PARKER**
**United States Attorney**

*/s/ NP*

_____
**NICOLE PAKIZ**
**Assistant U.S. Attorney**